AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 3 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | JUDGMENT OF ACQUITTAL |
| v. | |
| BRANDON EUGENE REED | CASE NUMBER:   4:06CR00255-02-WRW |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

THE DEFENDANT AS FOUND NOT GUILTY ON COUNT 1 AND COUNT 2

_Signature of Judicial Officer_

William R. Wilson Jr. - District Judge
Name and Title of Judicial Officer

03/03/2008
Date